**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-15023 |
| Plaintiff-Appellee, | D.C. No. 1:06-cv-01368-AWI-MJS |
| v. | |
| LOWELL BAISDEN, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, District Judge, Presiding

Submitted June 26, 2017[**]

Before:      PAEZ, BEA, and MURGUIA, Circuit Judges.

Lowell Baisden appeals pro se from the district court's judgment modifying

a permanent injunction under 26 U.S.C. § 7408 barring Baisden from promoting an

abusive tax scheme.  We have jurisdiction under 28 U.S.C. § 1291.  We review de

novo the district court's legal conclusions, for clear error its factual findings, and

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

for an abuse of discretion its decision to grant a permanent injunction and the scope of the injunction. *Columbia Pictures Indus., Inc. v. Fung*, 710 F.3d 1020, 1030 (9th Cir. 2013). We affirm.

The district court did not abuse its discretion by issuing the permanent injunction, as modified, because the injunction "state[s] its terms specifically" and "describe[s] in reasonable detail . . . the act or acts restrained." Fed. R. Civ. P. 65(d)(1); *United States v. Kapp*, 564 F.3d 1103, 1114 (9th Cir. 2009) (upholding against a vagueness and overbreadth challenge an injunction prohibiting a defendant from preparing tax returns claiming a specified tax deduction).

We reject as meritless Baisden's contentions that the injunction punishes past conduct and violates his First Amendment rights. *See United States v. Estate Pres. Servs.*, 202 F.3d 1093, 1106 (9th Cir. 2000) (upholding against a First Amendment challenge a 26 U.S.C. § 7408 injunction because it "proscribes only fraudulent conduct" and defendants "may continue to publish legitimate tax planning advice").

**AFFIRMED.**